UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

DAVID WILLIAM LINDER - Plaintiff
   vs
EXECUITBVE OFFICE OF
U.S. ATTORNEYS £EOUSA· Defendant.

Case 2:25-cv-00068-JRS-MJD

## COMPLAINT

Two prior suits against EOUSA have resulted in incomplete releases of requested material. EOUSA releases only what they want to release with impunity and deceptive words. What this writ is about is to gain copies of compact discks (CD's).

Plaintiff's website CD is being withheld for an unknown reason. It is the sole copy of photos of water feature projects, that is propritary. Original photos were destoryed by DEA and Las Vegas Metro PD in 1999.

Discovery CD's (6) are wanted. All materials are outside of any exception. Dozens of requests for the webiste CD have been eschewed. There is no legal reason to deny release of the CD's herein requested.

Respectfully submitted,

January 28, 2025

Attachment: Discovery description

David W Linder
25913-048
P O B 33
Federal Institute
Terre Haute, IN 47808

A CERTIFIED COPY IS MAILED TO:

EOUSA
175 N ST NE
Rm 5400, 3Con Bldg
Washington, DC 20530

⇔25913-048⇔
David W Linder
25913-048
P O B 33
Federal Institute
Terre Haute, IN 47808
United States

INDIANAPOLIS IN 460
30 JAN 2025 PM 6 L

**FILED**
FEB 03 2025
U.S. CLERK'S OFFICE



⇔25913-048⇔
Clerk Of Court
921 OHIO ST
Terre Haute, IN 47807
United States

FILED
FEB 10 2025
U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMLTER

47807-373899